PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROVITA M. DEPINA,<br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:23-po-00063-JDP<br><br>[~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE:   June 12, 2023<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice the violation notice in Case Number 2:23-po-00063-JDP is GRANTED.

It is further ordered that the status conference scheduled on June 12, 2023, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: June 12, 2023

HON. JEREMY D. PETERSON
United States Magistrate Judge